✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 29, 2020**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Salas-Ortega, Jose | Docket No. | 0980 4:19CR06069-003 |

**Petition for No Action on Conditions of Pretrial Release**

    COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jose Salas-Ortega, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 12th day of December 2019, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #5:** Defendant shall abstain totally from the use of alcohol.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation No. 1**: Jose Salas-Ortega is alleged to be in violation of his pretrial release conditions by having used cocaine on or before December 21, 2020.

On December 16, 2019, conditions of pretrial release supervision were reviewed with Mr. Salas-Ortega. He signed the release order and by doing so, acknowledged a full understanding of his conditions, which included standard condition number 9.

On December 28, 2020, Mr. Salas-Ortega reported he completed a random drug test at Merit Resource Services (Merit) on December 24, 2020 and disclosed the test results were positive for cocaine. Mr. Salas-Ortega admitted to using cocaine on or before December 21, 2020.

**Violation No. 2**: Jose Salas-Ortega is alleged to be in violation of his pretrial release conditions by having used alcohol on or before December 21, 2020.

On December 16, 2019, conditions of pretrial release supervision were reviewed with Mr. Salas-Ortega. He signed the release order and by doing so, acknowledged a full understanding of his conditions, which included special condition number 5.

On December 28, 2020, Mr. Salas-Ortega admitted to using alcohol on or before December 21, 2020.
As a result of the above noted alleged violations, the defendant has been referred for a substance abuse evaluation with Merit and has been instructed to complete the evaluation by January 15, 2021. Mr. Salas-Ortega agreed to obtain the evaluation and follow through with the recommended treatment. Mr. Salas-Ortega also agreed to participate in increased drug testing.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

                                                         I declare under the penalty of perjury
                                                         that the foregoing is true and correct.

PS-8

Re: Salas-Ortega, Jose
December 29, 2020
Page 2

|  |  |  |
|---|---|---|
|  | Executed on: | December 29, 2020 |
| by | s/Elizabeth Lee | |
|  | Elizabeth Lee | |
|  | U.S. Pretrial Services Officer | |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

12/29/2020

Date