✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 17, 2022**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Salas-Ortega, Jose | Docket No. | 0980 4:19CR06069-EFS-3 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jose Salas-Ortega, who was placed under pretrial release supervision by the Honorable U.S. District Court Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 12th day of December 2019, under the following conditions:

**Special Condition #5**: Defendant shall abstain totally from the use of alcohol.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 1:** Jose Salas-Ortega is alleged to be in violation of his pretrial release conditions by having used alcohol on or about September 25, 2022.

On December 16, 2019, the conditions of pretrial release supervision were reviewed with Mr. Salas-Ortega. He signed a copy of the conditions of pretrial release and by doing so, acknowledged a full understanding of his conditions, which included special condition number 5, as noted above.

On September 26, 2022, Mr. Salas-Ortega reported to the U.S. Probation Office and admitted to having used alcohol, one beer, on or about September 25, 2022, as he was celebrating his sister's birthday. Mr. Salas-Ortega signed a drug use admission form and reported this alcohol use was a onetime use and denied any on-going alcohol or drug use. Mr. Salas-Ortega was placed on increased reporting to the probation office with increased drug testing. To date, Mr. Salas-Ortega has complied with these requirements and the drug test results have been negative.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|   |   |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  October 17, 2022 |
| by | s/Elizabeth Lee |
| | Elizabeth Lee<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

October 17, 2022
Date