PROB 12C
(6/16)

Report Date: July 5, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Salas-Ortega          Case Number: 0980 4:19CR06069-EFS-3

Address of Offender: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪  Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 18, 2023

Original Offense:    Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846

Original Sentence:    Prison - 6 days          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Stephanie Van Marter    Date Supervision Commenced: April 18, 2023

Defense Attorney:    Nicholas Marchi          Date Supervision Expires: April 17, 2026

## PETITIONING THE COURT

To issue a **warrant**.

On May 5, 2023, conditions of supervised release were reviewed with Mr. Salas-Ortega. Mr. Salas-Ortega signed a copy of his conditions, verbalized understanding of his requirements, and was provided copies.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Special Condition#3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jose Salas-Ortega is considered to be in violation of his term of supervised release by refusing to submit to drug testing on or about July 1, 2024.

On July 2, 2024, Merit Resource Services (Merit) staff reported to the undersigned officer that Mr. Salas-Ortega refused to provide a urine sample when asked by the treatment counselor. Mr. Salas-Ortega was given some time to drink water so he can provide a urine sample. However, Mr. Salas-Ortega told Merit staff, "I can't I gotta go." Mr. Salas-Ortega was informed by the staff that if he left without providing a urine sample, it would count as a positive result and probation would be notified. Mr. Salas-Ortega left the Merit office without providing a urine sample.

Prob12C
**Re: Salas-Ortega, Jose**
**July 5, 2024**
**Page 2**

        Later this date, the undersigned officer spoke with Mr. Salas-Ortega via telephone regarding this matter. Mr. Salas-Ortega informed the undersigned officer that Merit staff asked him to provide a urine sample and he was not able to. He advised he had to go as he had to go take his father to a doctor's appointment and had to go to work after. The undersigned officer asked Mr. Salas-Ortega if he had relayed this information to the Merit staff and Mr. Salas-Ortega stated, "I did but she still told me that I had to U/A and then she tells me that she couldn't tell me that I couldn't leave but that if I left she would count the U/A as a positive and that she would let probation know so I left."

2    **Standard Condition#2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

    **Supporting Evidence:** Jose Salas-Ortega is considered to be in violation of his tem of supervised release by failing to report to probation as directed, on or about July 3, 2024.

    On July 2, 2024, the undersigned officer spoke with Mr. Salas-Ortega via telephone and directed Mr. Salas-Ortega to report to the U.S. Probation Office for a drug test on July 3, 2024. Mr. Salas-Ortega acknowledged and verbalized an understanding.

    On July 3, 2024, the undersigned officer reached out to Mr. Salas-Ortega via text message and confirmed with Mr. Salas-Ortega that he would report to the probation office before the close of the business day. Mr. Salas-Ortega failed to report the probation office as directed.

3    **Special Condition#3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Jose Salas-Ortega is considered to be in violation of his term of supervised release by failing to submit to drug testing as instructed on or about July 3, 2024.

    On July 2, 2024, as mentioned in violation #2, Mr. Salas-Ortega, was instructed to report to the probation office for drug testing the next day on July 3, 2024. Mr. Salas-Ortega failed to report as instructed and failed to submit to a drug test as required.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring Jose Salas-Ortega to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 5, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

Prob12C
**Re: Salas-Ortega, Jose**
**July 5, 2024**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*
_____
Signature of Judicial Officer

7/5/2024
_____
Date